### ZENE HUNT v. J. SCHRIEB.

This court will not entertain jurisdiction of a case brought up by writ of error, when the citation in error requires the defendant to appear at a term of court not known to or provided for by the laws of this State.

ERROR from Fayette. Tried below before the Hon. I. B. McFarland.

There is no occasion for a statement of the facts.

J. R. Burns, for plaintiff in error.

A. H. Cross, for the defendant in error, moved to dismiss, because the defendant in error was cited " to be and appear " before the honorable the Supreme Court of the State of Texas, " at the session thereof to be holden at Austin, in the county of " Travis, in the said State, on the 8th day of January, A. D. " 1873," when no such term of said court was known to the laws of Texas, or provided for therein.

WALKER, J.   On the principle decided in Wright v. Wilmot, 22 Texas, 398, Covington v. Burleson, 28 Texas, 368, Violand v. Saxel, 31 Texas, 283, and Hendly v. Baccus, 32 Texas, 328, this cause must be dismissed from the docket. The writ of

error is not made returnable to any known or legally appointed term of this court.

Writ of error dismissed.